**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **WILLIE CHESTER, #56341-080** ) | |
|        **Petitioner,** ) | |
| ) | |
| **v.** ) | **3:05-CV-2327-D** |
| ) | |
| **DAN JOSLIN, Warden,** ) | |
|        **Respondent.** ) | |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and this court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 16, 2006.

                                                                  _____
                                                                  SIDNEY A. FITZWATER
                                                              UNITED STATES DISTRICT JUDGE